*Wilkie Bushby, Philip C. Scott* and *Robert S. Groban* for appellants.

*Irving C. Rutter* for Ruth Gordon-Duff, respondent.

Order affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ. LEWIS J., dissents and votes to reverse the order of the Appellate Division and to affirm the Surrogate's decree.

In the Matter of FURMAN AVENUE REALTY CORPORATION, Appellant, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents, and JOHN J. DWYER et al., Interveners, Respondents.

Argued May 26, 1949; decided July 19, 1949.

*Francis A. McGrath* and *William C. Mattison* for appellant.

*Charles F. Preusse, Acting Corporation Counsel* (*Joseph J. Lucchi* and *Seymour B. Quel* of counsel), for Board of Standards and Appeals of the City of New York, respondent.

*Reginald S. Hardy* for John J. Dwyer and others, interveners, respondents.

Order affirmed, with one bill of costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

MIRIAM B. ROSENFIELD, Appellant and Respondent, *v.* EDWARD M. ROSENFIELD, Respondent and Appellant.

Argued May 27, 1949; decided July 19, 1949.